67 A.3d 790

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Felix ROSA, Petitioner.**

Supreme Court of Pennsylvania.

May 30, 2013.

### *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of May 2013, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** Petitioner's sentencing claim. Further, the Superior Court's decision affirming the imposition of a sentence of mandatory life without the possibility of parole is **VACATED** and the matter is **REMANDED** to the trial court for a new sentencing hearing pursuant to *Commonwealth v. Batts,* 620 Pa. 115, 66 A.3d 286, 2013 WL 1200252 (2013), to allow the trial court to consider the relevant factors delineated in *Miller v. Alabama,* —— U.S. ——, 132 S.Ct. 2455, 183 L.Ed.2d 407 (2012).